UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62297-CIV-SMITH

JOSHUA ELYASHIV,

    Plaintiff,

v.

HOMES BY HANDAL, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 4]. Upon consideration, it is hereby

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of January, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record